IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. CALIHAN, | No. 2:12-CV-2356-KJM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| WILLIAM KNIPP, et al., | |
| Defendants. | |
| _____/ | |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The request to proceed in forma pauperis will, therefore, be granted. Plaintiff has also submitted a motion for an extension of time to submit the necessary trust statement (Doc. 9). However, plaintiff's application contains a certified trust statement as required. His motion for additional time, therefore, is unnecessary.

   To: The California Department of Corrections and Rehabilitation
      1515 S Street, Sacramento, California 95814:

   Plaintiff is obligated to pay the full statutory filing fee of $350.00 for this action. In addition to any initial partial filing fee required to be assessed, plaintiff will be obligated to

1

1  make monthly payments in the amount of twenty percent of the preceding month's income
2  credited to plaintiff's inmate trust account.  The agency referenced above is required to send to
3  the Clerk of the Court the initial partial filing fee and thereafter payments from plaintiff's inmate
4  trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of
5  $350.00 is paid in full.  See 28 U.S.C. § 1915(b)(2).

      Accordingly, IT IS HEREBY ORDERED that:

      1.     Plaintiff's motion for leave to proceed in forma pauperis (Doc. 5) is granted;

      2.     Plaintiff is required to pay the full statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

      3.     The director of the agency referenced above, or a designee, shall collect from plaintiff's inmate trust account an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) and shall forward the amount to the Clerk of the Court, such payment to be clearly identified by the name and number assigned to this action;

      4.     Thereafter, the director of the agency referenced above, or a designee, shall collect from plaintiff's inmate trust account the balance of the filing fee by collecting monthly payments from plaintiff's inmate trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to plaintiff's inmate trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full, such payments to be clearly identified by the name and number assigned to this action;

      5.     The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit to the address shown above;

      6.     The Clerk of the Court is further directed to serve a copy of this order on the Financial Department of the court; and

/ / /

7. Plaintiff's motion for extension of time (Doc. 9) is denied as unnecessary.

DATED: October 10, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE