1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  KENNETH R. CALIHAN,                    No. 2:12-CV-2356-KJM-CMK-P

12              Plaintiff,

13       vs.                               ORDER

14  WILLIAM KNIPP, et al.,

15              Defendants.

16  _____/

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42

18  U.S.C. § 1983.   Plaintiff has submitted a declaration that makes the showing required by 28

19  U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, be granted.   Plaintiff

20  has also submitted a motion for an extension of time to submit the necessary trust statement

21  (Doc. 9).  However, plaintiff's application contains a certified trust statement as required.  His

22  motion for additional time, therefore, is unnecessary.

23       To:   The California Department of Corrections and Rehabilitation
                1515 S Street, Sacramento, California 95814:
24

25              Plaintiff is obligated to pay the full statutory filing fee of $350.00 for this action.

26  In addition to any initial partial filing fee required to be assessed, plaintiff will be obligated to

1

make monthly payments in the amount of twenty percent of the preceding month's income

credited to plaintiff's inmate trust account.  The agency referenced above is required to send to

the Clerk of the Court the initial partial filing fee and thereafter payments from plaintiff's inmate

trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of

$350.00 is paid in full.  See 28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's motion for leave to proceed in forma pauperis (Doc. 5) is

granted;

2.      Plaintiff is required to pay the full statutory filing fee of $350.00 for this

action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

3.      The director of the agency referenced above, or a designee, shall collect

from plaintiff's inmate trust account an initial partial filing fee in accordance with the provisions

of 28 U.S.C. § 1915(b)(1) and shall forward the amount to the Clerk of the Court, such payment

to be clearly identified by the name and number assigned to this action;

4.      Thereafter, the director of the agency referenced above, or a designee, shall

collect from plaintiff's inmate trust account the balance of the filing fee by collecting monthly

payments from plaintiff's inmate trust account in an amount equal to twenty percent (20%) of the

preceding month's income credited to plaintiff's inmate trust account and forwarding payments to

the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28

U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full, such

payments to be clearly identified by the name and number assigned to this action;

5.      The Clerk of the Court is directed to serve a copy of this order and a copy

of plaintiff's signed in forma pauperis affidavit to the address shown above;

6.      The Clerk of the Court is further directed to serve a copy of this order on

the Financial Department of the court; and

/ / /

1        7.      Plaintiff's motion for extension of time (Doc. 9) is denied as unnecessary.

DATED:  October 10, 2012

                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE